UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LARRY SMITH, | Case No. 3:15-cv-00034-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| JAMES COX, et al., | |
| Respondents. | |

This *pro se* habeas matter under 28 U.S.C. § 2254 is before the Court on petitioner Larry Smith's motion for extension of time to retain counsel and to file a declaration regarding his unexhausted claims (ECF No. 46). Petitioner has already filed a motion for stay and a motion for reconsideration of the denial of the motion for stay, which the Court also denied (ECF Nos. 34, 40, 41, 45). This Court will grant a 30-day extension, not the 60-day extension that Smith seeks. Absent extraordinary circumstances, the Court is highly unlikely to grant any further extensions.

It is therefore ordered that petitioner's motion for extension of time is granted (ECF No. 46) in part.

It is further ordered that petitioner will have thirty (30) days to either: (1) inform this Court in a sworn declaration that he wishes to formally and forever abandon the unexhausted grounds for relief in his federal habeas petition and proceed on the exhausted grounds; or (2) inform this Court in a sworn declaration that he wishes to dismiss this petition without prejudice in order to return to state court to exhaust his unexhausted claims.

It is further ordered that if petitioner elects to abandon his unexhausted grounds, respondents will have thirty (30) days from the date petitioner serves his declaration of abandonment in which to file an answer to petitioner's remaining grounds for relief. The answer must contain all substantive and procedural arguments as to all surviving grounds of the petition, and must comply with Rule 5 of the Rules Governing Proceedings in the United States District Courts under 28 U.S.C. §2254.

It is further ordered that petitioner will have thirty (30) days following service of respondents' answer in which to file a reply.

DATED THIS 3rd day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE