UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| LARRY SMITH, | Case No. 3:15-cv-00034-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JAMES COX, *et al.*, | |
| Respondents. | |

Petitioner Larry Smith's *pro se* habeas matter under 28 U.S.C. § 2254 comes before the Court on two motions for extension of time to answer the petition (ECF Nos. 52, 54). Good cause appearing, it is ordered that Respondent's first and second motions for extension of time (ECF Nos. 52, 54) are both granted *nunc pro tunc*.

DATED THIS 15th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE