UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LARRY SMITH,

Petitioner,

v.

JAMES COX, *et al.*,

Respondents.

Case No. 3:15-cv-00034-MMD-CLB

ORDER

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

It has come to the Court's attention that a transcript of the post-conviction evidentiary hearing that took place on February 9, 2012, has not been included in the record.

It is therefore ordered that, within 10 days of the date of this order, Respondents will file a complete copy of the post-conviction evidentiary hearing transcript.

DATED THIS 8th day of January 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE